**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **BERNIE M. MURRAY** | **CIVIL ACTION NO. 23-0633** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **RIVERBEND DETENTION CENTER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 12] previously filed herein, having thoroughly reviewed the record, and noting the lack of Objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that—excepting Plaintiff Bernie M. Murray's claim of delayed medical care against Lieutenant Bruce Morrison and Deputy Cleve Robinson—Plaintiff's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

**MONROE, LOUISIANA**, this 28th day of August 2023.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE